```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 03713
    VERONDA TUCKER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-3711

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/28/2005 and was confirmed 10/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 01/12/2006.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG        .00           .00          .00
DAIMLER CHRYSLER FINANCI  SECURED         10775.00        224.48       202.32
LITTON LOAN SERVICING     CURRENT MORTG        .00           .00          .00
DAIMLER CHRYSLER FINANCI  UNSECURED        6118.90           .00          .00
AMERICAN EXPRESS TRAVEL   UNSECURED         980.07           .00          .00
AT&T UNIVERSAL            UNSECURED       NOT FILED          .00          .00
CHASE MANHATTAN           UNSECURED        3701.42           .00          .00
B-LINE LLC                UNSECURED        3701.42           .00          .00
CITIBANK                  UNSECURED       NOT FILED          .00          .00
DISCOVER FINANCIAL SERVI  UNSECURED       NOT FILED          .00          .00
JC PENNEY                 UNSECURED       NOT FILED          .00          .00
PALISADES COLLECTION LLC  UNSECURED       NOT FILED          .00          .00
ANDREW J MAXWELL          NOTICE ONLY     NOT FILED          .00          .00
CAVALRY PORTFOLIO SERVIC  UNSECURED        5422.02           .00          .00
ECAST SETTLEMENT CORP     UNSECURED        1593.58           .00          .00
ANDREW J MAXWELL          ADMINISTRATIV    2000.00           .00      1000.00
PAAL REAL ESTATE          ADMINISTRATIV     250.00           .00       250.00
THOMAS W DREXLER          DEBTOR ATTY      2,250.00                    400.00
TOM VAUGHN                TRUSTEE                                      123.20
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             2,200.00

PRIORITY                                        .00
SECURED                                      202.32
    INTEREST                                 224.48
UNSECURED                                       .00
ADMINISTRATIVE                             1,650.00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 03713 VERONDA TUCKER
```

```
TRUSTEE COMPENSATION                                              123.20
DEBTOR REFUND                                                        .00
                                            ----------------   ----------------
TOTALS                                            2,200.00          2,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 05/04/06                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```