# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No. | 05-03713 SPS Judge: SUSAN PIERSON SONDERBY | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name | TUCKER, VERONDO | Date Filed (f) or Converted (c): | 02/04/05 (f) |
| | | 341(a) Meeting Date: | 03/09/05 |
| For Period Ending: 10/05/07 | | Claims Bar Date: | 08/02/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 93,000.00 | Unknown | | 155,100.00 | Unknown |
| 2. CHECKING ACCT | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. MISC HOUSEHOLD ITEMS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| BED, STEREO, TVS, SOFA, COMPUTER | | | | | |
| 4. CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. CHILD SUPPORT | 244.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. CHRYSLER SEBRING LX2003 | 16,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,004.52 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $111,844.00 | $0.00 | | $156,104.52 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Converted to Ch 13, Allowed Broker Claim for Eve Parenti 7/19/05 O/C; Orders Allowing Ch. 7 Atty Fees and Professional Fee to Broker Granted 9-1-05.

Initial Projected Date of Final Report (TFR): 03/31/07     Current Projected Date of Final Report (TFR): 03/31/07

LFORM1                                                                                                            Ver: 12.60a