IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| TUCKER, VERONDO | ) | CASE NO. 05-03713-SPS |
| Debtor(s) | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
   At:   U.S. Bankruptcy Court
         219 South Dearborn Street, Courtroom 642
         Chicago, IL 60604
   On: **December 19, 2007**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                                    $156,104.52
   Disbursements                                                $80,158.20
   Net Cash Available for Distribution                          $75,946.32

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ANDREW J. MAXWELL, Trustee | $1,000.00 | $8,677.80 | $0.00 |
| MAXWELL & POTTS, LLC, Atty/Trustee | $0.00 | $21,759.00 | $196.45 |
| Thomas W. Drexler, Deb's Atty | $850.00 | $1,800.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,587.79 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100% plus 2.9500% interest from the date the case was filed through December 10, 2007. Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 12 | Internal Revenue Service | $1,087.79 | $1,179.22 |
| Debtor Exemption Payment | | | |
| | VERONDO TUCKER*** | $7,500.00 | $7,500.00* |

*Debtor does not receive interest

7. Claims of general unsecured creditors totaling $33,687.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus 2.9500% interest from the date the case was filed through December 10, 2007. Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Manhattan Bank USA NA | $1,941.74 | $2,104.95 |
| 3 | eCAST Settlement Corporation, assig | $1,593.58 | $1,727.53 |
| 6 | American Express Centurion Bank | $980.07 | $1,062.45 |
| 7 | Cavalry Portfolio Services LLC as a | $5,422.02 | $5,877.77 |
| 10 | Chase Manhattan Bank USA, NA | $3,701.42 | $4,012.54 |
| 13 | SHAQUIRA TUCKER** | $0.00 | $0.00 |

** Claimant asserts interest in Debtor's exemption and surplus funds

Debtor Surplus Funds
             TUCKER, VERONDO***                         $20,048.61           $20,048.61*

*Debtor does not receive interest

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

  *** Trustee proposes to hold the funds due Debtor pending an order entered by a court of competent jurisdiction.

10.     Debtor has been discharged.
11.     The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form

1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

<u>Name of Property</u>
CHECKING ACCT                                                                    $100.00
MISC HOUSEHOLD ITEMS                                                         $2,000.00
CHRYSLER SEBRING LX2003                                                    $16,000.00

Dated:  **November 9, 2007**                             For the Court,

                                                          By:    **KENNETH S. GARDNER**
                                                                 Kenneth S. Gardner
                                                                 Clerk of the U.S. Bankruptcy Court
                                                                 219 S. Dearborn Street; 7th Floor
                                                                 Chicago, IL 60604

Trustee:        Andrew J. Maxwell
Address:        105 W. Adams
                Suite 3200
                Chicago, IL  60603
Phone No.:      (312) 368-1138