IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| TUCKER, VERONDO | ) | CASE NO. 05-03713-SPS |
| Debtor(s) | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
   At:   U.S. Bankruptcy Court
           219 South Dearborn Street, Courtroom 642
           Chicago, IL 60604
   On: **December 19, 2007**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                                $156,104.52
   Disbursements                                           $80,158.20
   Net Cash Available for Distribution                     $75,946.32

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ANDREW J. MAXWELL, Trustee | $1,000.00 | $8,677.80 | $0.00 |
| MAXWELL & POTTS, LLC, Atty/Trustee | $0.00 | $21,759.00 | $196.45 |
| Thomas W. Drexler, Deb's Atty | $850.00 | $1,800.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,587.79 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100% plus 2.9500% interest from the date the case was filed through December 10, 2007. Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 12 | Internal Revenue Service | $1,087.79 | $1,179.22 |

Debtor Exemption Payment

| | | | |
|---|---|---|---|
| | VERONDO TUCKER*** | $7,500.00 | $7,500.00* |

*Debtor does not receive interest

7. Claims of general unsecured creditors totaling $33,687.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus 2.9500% interest from the date the case was filed through December 10, 2007. Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Manhattan Bank USA NA | $1,941.74 | $2,104.95 |
| 3 | eCAST Settlement Corporation, assig | $1,593.58 | $1,727.53 |
| 6 | American Express Centurion Bank | $980.07 | $1,062.45 |
| 7 | Cavalry Portfolio Services LLC as a | $5,422.02 | $5,877.77 |
| 10 | Chase Manhattan Bank USA, NA | $3,701.42 | $4,012.54 |
| 13 | SHAQUIRA TUCKER** | $0.00 | $0.00 |

** Claimant asserts interest in Debtor's exemption and surplus funds

Debtor Surplus Funds

| | | | |
|---|---|---|---|
| | TUCKER, VERONDO*** | $20,048.61 | $20,048.61* |

*Debtor does not receive interest

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

   *** Trustee proposes to hold the funds due Debtor pending an order entered by a court of competent jurisdiction.

10. Debtor has been discharged
11. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form

1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

<u>Name of Property</u>
CHECKING ACCT $100.00
MISC HOUSEHOLD ITEMS $2,000.00
CHRYSLER SEBRING LX2003 $16,000.00

Dated: **November 9, 2007**             For the Court,

                         By:   **KENNETH S. GARDNER**
                                Kenneth S. Gardner
                                Clerk of the U.S. Bankruptcy Court
                                219 S. Dearborn Street; 7th Floor
                                Chicago, IL 60604

Trustee:      Andrew J. Maxwell
Address:      105 W. Adams
              Suite 3200
              Chicago, IL  60603
Phone No.:    (312) 368-1138

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2         Date Rcvd: Nov 09, 2007
Case: 05-03713                Form ID: pdf002              Total Served: 28

The following entities were served by first class mail on Nov 11, 2007.
db           +Verondo Tucker,    8320 S Yates,    Chicago, IL 60617-1944
aty          +Thomas W Drexler,    Law Office of Thomas W  Drexler,    77 W Washington,   Suite 1910,
               Chicago, IL 60602-3176
aty          +Vikram R Barad,    Maxwell & Potts, LLC,    105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
tr           +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
8916585      +AT & T Universal Card,    P O Box 44167,    Jacksonville, FL 32231-4167
9451255      +American Express,    Suite 0001,    Chicago, IL 60679-0001
9607475       American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
               Malvern, PA 19355-0701
9625073      +Cavalry Portfolio Services LLC as assignee of,    eCast Settlement Corp as assignee of,
               MBNA  7 Skyline Drive  Third Floor,    Hawthorne, NY 10532-2156
9406452      +Chase Manhattan Bank USA NA,    500 White Clay Center Dr,    Newark, DE 19711-5469
9924435       Chase Manhattan Bank USA, NA,    by eCAST Settlement Corporation,    as its agent,   P.O. Box 35480,
               Newark, NJ  07193-5480
9451253      +Chase Manhattan Mortgage,    P O Box 830016,    Baltimore, MD 21283-0016
8916588      +Chase National,    P O Box 52045,    Phoenix, AZ 85072-2045
8916583      +Chrysler Financial,    P O Box 218008,    Auburn Hills, MI 48321-8008
8916584      +Citibank,    10965 Decatur Road,    Philadelphia, PA 19154-3210
9578885      +DaimlerChrysler Services North America, L.L.C.,    c/o Riezman Berger PC,    7700 Bonhomme  7th FL,
               St Louis, MO 63105-1924
8916587     +++Discover Card,    c/o Vativ Recovery Solutions LLC,    as Agent for Palisades Collection LLC,
               P O Box 19249,    Sugar Land, TX 77496-9249
10482651    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9451256      +J C Penney,    P O Box 981131,    El Paso, TX 79998-1131
8916586      +JC Penney Monogram,    P O Box 981133,    El Paso, TX 79998-1133
9451254      +Litton Loan Service,    4828 Loop Central Drive,    Houston, TX 77081-2166
9572980      +Litton Loan Servicing Incorporated,    c/o Pierce & Associates,    1 North Dearborn,   Suite 1300,
               Chicago, Illinois 60602-4331
9451257      +Palisades Collection,    c/o Blatt Hasenmiller Leibsker & Moore,    125 S Wacker  Ste 400,
               Chicago, IL 60606-4440
10561906     +Thomas W. Drexler,    77 W. Washington Street,    Suite 1910,    Chicago, IL 60602-3176
11477705     +Tucker, Shaquira,    Bailey, Carolyn,    1050 E 101st St,    Chicago IL 60628-7607
10892832      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
10895204      eCAST Settlement Corporation assignee of,    Chase Bank USA N A,    POB 35480,
               Newark NJ 07193-5480
9489317       eCAST Settlement Corporation, assignee of,    Household Bank and its Assigns,   P.O. Box 35480,
               Newark, NJ  07193-5480
The following entities were served by electronic transmission on Nov 10, 2007.
9653433      +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Nov 10 2007 03:46:50
               B-Line, LLC/Chase Bank USA, N.A.,    B-Line, LLC,    Mail Stop 550,   2101 Fourth Ave., Suite 900,
               Seattle, WA 98121-2339
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
aty*         +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC.,    105 West Adams Street  Ste 3200,
               Chicago, IL 60603-6209
                                                                                               TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: amcc7            Page 2 of 2              Date Rcvd: Nov 09, 2007
Case: 05-03713                Form ID: pdf002        Total Served: 28
```

              ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2007**                              **Signature:** _Joseph Speetjens_