SUSAN PIERSON SONDERBY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
TUCKER, VERONDO                     §        Case No. 05-03713
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned: | Assets Exempt: |
|---|---|
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MORTGAGES |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLOSING COSTS | | | | | |
| MISC TAXES/FEES | | | | | |
| MAXWELL & POTTS, LLC | | | | | |
| MAXWELL & POTTS, LLC | | | | | |
| COMMISSIONS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS W. DREXLER (ADMINISTRATIVE) | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CAVALRY PORTFOLIO SERVICES LLC AS A | | | | | |
| CHASE MANHATTAN BANK USA NA | | | | | |
| CHASE MANHATTAN BANK USA, NA | | | | | |
| ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| SHAQUIRA TUCKER | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAVALRY PORTFOLIO SERVICES LLC AS A | | | | | |
| CHASE MANHATTAN BANK USA NA | | | | | |
| CHASE MANHATTAN BANK USA, NA | | | | | |
| ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

UST Form 101-7-TDR (9/1/2009) *(Page: 6)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-03713 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | TUCKER, VERONDO | | | Date Filed (f) or Converted (c): | 02/04/05 (f) |
| | | | | 341(a) Meeting Date: | 03/09/05 |
| For Period Ending: | 11/16/09 | | | Claims Bar Date: | 08/02/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 93,000.00 | Unknown | | 155,100.00 | Unknown |
| 2. CHECKING ACCT | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. MISC HOUSEHOLD ITEMS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| BED, STEREO, TVS, SOFA, COMPUTER | | | | | |
| 4. CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. CHILD SUPPORT | 244.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. CHRYSLER SEBRING LX2003 | 16,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,124.65 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $111,844.00 | $0.00 | | $156,224.65 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/07     Current Projected Date of Final Report (TFR): 12/31/07

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 05-03713 -SPS |
| Case Name: | TUCKER, VERONDO |
| Taxpayer ID No: | *******9269 |
| For Period Ending: | 11/16/09 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 3758809453  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/06 | | GREATER ILLINOIS TITLE | SALE OF RE | | 74,995.53 | | 74,995.53 |
| | 1 | GREATER ILLINOIS TITLE | Memo Amount:  155,100.00 | 1110-000 | | | |
| | | | SALE OF RE | | | | |
| | | MORTGAGES | Memo Amount:  ( 67,184.68 ) | 4110-000 | | | |
| | | | MORTGAGES | | | | |
| | | COMMISSIONS | Memo Amount:  ( 9,300.00 ) | 3510-000 | | | |
| | | | BROKER COMMISSION | | | | |
| | | CLOSING COSTS | Memo Amount:  ( 2,127.05 ) | 2500-000 | | | |
| | | | CLOSING COSTS | | | | |
| | | MISC TAXES/FEES | Memo Amount:  ( 1,492.74 ) | 2820-000 | | | |
| | | | MISC TAXES/FEES | | | | |
| 05/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.83 | | 75,007.36 |
| * 06/09/06 | 000101 | GREATER ILLINOIS TITLE COMPANY | V. TUCKER CLOSING | 2500-003 | | 149.88 | 74,857.48 |
| | | 120 N. LASALLE | WATER CERTIFICATION SHORTAGE | | | | |
| | | SUITE 900 | | | | | |
| | | CHICAGO, IL 60602 | | | | | |
| 06/30/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 61.65 | | 74,919.13 |
| 07/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 63.76 | | 74,982.89 |
| 08/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 63.81 | | 75,046.70 |
| 09/29/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 61.81 | | 75,108.51 |
| 10/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 63.92 | | 75,172.43 |
| * 11/16/06 | 000101 | GREATER ILLINOIS TITLE COMPANY | V. TUCKER CLOSING | 2500-003 | | -149.88 | 75,322.31 |
| | | 120 N. LASALLE | PER VRB - GIT FILE CLOSED - NO LONGER | | | | |
| | | SUITE 900 | NEED TO FORWARD PMT | | | | |
| | | CHICAGO, IL 60602 | | | | | |
| 11/30/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 61.91 | | 75,384.22 |
| 12/29/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 64.02 | | 75,448.24 |
| 01/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 64.08 | | 75,512.32 |

Page Subtotals       75,512.32       0.00

Ver: 15.02

Case 05-03713   Doc 121   Filed 11/24/09   Entered 11/24/09 10:21:51   Desc Main
Document      Page 9 of 12

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-03713 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TUCKER, VERONDO | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 3758809453 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9269 | | |
| For Period Ending: | 11/16/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/05/07 | 000102 | INTERNATIONAL SURETIES, LTD.<br>SUITE 500<br>203 CARONDELET ST.<br>NEW ORLEANS LA 70130 | BOND PAYMENTS<br>BOND# 016026455 | 2300-000 | | 53.73 | 75,458.59 |
| 02/28/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 57.90 | | 75,516.49 |
| 03/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 64.13 | | 75,580.62 |
| 04/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 62.13 | | 75,642.75 |
| 05/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 64.24 | | 75,706.99 |
| 06/29/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 62.22 | | 75,769.21 |
| 07/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 64.36 | | 75,833.57 |
| 08/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 64.41 | | 75,897.98 |
| 09/28/07 | 7 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 48.34 | | 75,946.32 |
| 10/31/07 | 7 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 48.39 | | 75,994.71 |
| 11/30/07 | 7 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 40.60 | | 76,035.31 |
| 12/27/07 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 31.14 | | 76,066.45 |
| 12/27/07 | | Transfer to Acct #4429208191 | Final Posting Transfer | 9999-000 | | 76,066.45 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 155,100.00 | COLUMN TOTALS | | 76,120.18 | 76,120.18 | 0.00 |
| Memo Allocation Disbursements: | 80,104.47 | Less: Bank Transfers/CD's | | 0.00 | 76,066.45 | |
| | | Subtotal | | 76,120.18 | 53.73 | |
| Memo Allocation Net: | 74,995.53 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 76,120.18 | 53.73 | |

Page Subtotals   607.86   76,120.18

Ver: 15.02

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-03713 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TUCKER, VERONDO | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208191 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9269 | | |
| For Period Ending: | 11/16/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/27/07 | | Transfer from Acct #3758809453 | Transfer In From MMA Account | 9999-000 | 76,066.45 | | 76,066.45 |
| 01/07/08 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 8,677.80 | 67,388.65 |
| 01/07/08 | 001002 | Thomas W. Drexler &lt;B&gt;(ADMINISTRATIVE)&lt;/B&gt;<br>77 W. Washington Street<br>Suite 1910<br>Chicago, IL 60602 | Claim 00000011, Payment 100.00000% | 6210-000 | | 1,800.00 | 65,588.65 |
| 01/07/08 | 001003 | MAXWELL & POTTS, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM) | 3120-000 | | 196.45 | 65,392.20 |
| 01/07/08 | 001004 | MAXWELL & POTTS, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM) | 3110-000 | | 21,759.00 | 43,633.20 |
| 01/07/08 | 001005 | Internal Revenue Service<br>Dept. Of Treasury<br>P.O. Box 21125<br>Philadelphia, PA 19114 | Claim 00000012, Payment 108.65608% | | | 1,181.95 | 42,451.25 |
| | | | Claim         1,087.79 | 5800-000 | | | 42,451.25 |
| | | | Interest         94.16 | 7990-000 | | | 42,451.25 |
| 01/07/08 | 001006 | Chase Manhattan Bank USA NA<br>500 White Clay Center Dr<br>Newark, DE 19711 | Claim 00000002, Payment 108.65615% | | | 2,109.82 | 40,341.43 |
| | | | Claim         1,941.74 | 7100-000 | | | 40,341.43 |
| | | | Interest         168.08 | 7990-000 | | | 40,341.43 |

Page Subtotals          76,066.45          35,725.02

Ver: 15.02

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 05-03713 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | TUCKER, VERONDO | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208191  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9269 | | | |
| For Period Ending: | 11/16/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/08 | 001007 | eCAST Settlement Corporation, assignee of Household Bank and its Assigns P.O. Box 35480 Newark, NJ 07193-5480 | Claim 00000003, Payment 108.65598% | | | 1,731.52 | 38,609.91 |
| | | | Claim     1,593.58 | 7100-000 | | | 38,609.91 |
| | | | Interest     137.94 | 7990-000 | | | 38,609.91 |
| 01/07/08 | 001008 | American Express Centurion Bank c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | Claim 00000006, Payment 108.65652% | | | 1,064.91 | 37,545.00 |
| | | | Claim      980.07 | 7100-000 | | | 37,545.00 |
| | | | Interest      84.84 | 7990-000 | | | 37,545.00 |
| 01/07/08 | 001009 | Cavalry Portfolio Services LLC as assignee of eCast Settlement Corp as assignee of MBNA  7 Skyline Drive  Third Floor Hawthorne, NY 10532 | Claim 00000007, Payment 108.65600% | | | 5,891.35 | 31,653.65 |
| | | | Claim     5,422.02 | 7100-000 | | | 31,653.65 |
| | | | Interest     469.33 | 7990-000 | | | 31,653.65 |
| 01/07/08 | 001010 | Chase Manhattan Bank USA, NA by eCAST Settlement Corporation as its agent P.O. Box 35480 Newark, NJ 07193-5480 | Claim 00000010, Payment 108.65614% | | | 4,021.82 | 27,631.83 |
| | | | Claim     3,701.42 | 7100-000 | | | 27,631.83 |
| | | | Interest     320.40 | 7990-000 | | | 27,631.83 |
| 08/06/09 | 001011 | Shaquira Tucker-Supervised Administrator Estate Verondo Tucker Decd 2008 P 000966 | Estate of Verondo Tucker, Deceased No. 2008 P 000966 Letters of Office d. July 23, 2009 | 7100-000 | | 27,631.83 | 0.00 |

Page Subtotals      0.00      40,341.43

Ver: 15.02

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 11)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-03713 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TUCKER, VERONDO | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208191 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9269 | | |
| For Period Ending: | 11/16/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 76,066.45 | 76,066.45 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 76,066.45 | 0.00 | |
| | | Subtotal | 0.00 | 76,066.45 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 76,066.45 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 155,100.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 80,104.47 | Money Market Account (Interest Earn - 3758809453 | 76,120.18 | 53.73 | 0.00 |
| | | Checking Account (Non-Interest Earn - 4429208191 | 0.00 | 76,066.45 | 0.00 |
| Total Memo Allocation Net: | 74,995.53 | | ------------------- | ------------------- | ------------------- |
| | | | 76,120.18 | 76,120.18 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 15.02

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*